UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Alberto Venereo,

    Plaintiff,

v.

Kindred Healthcare, Inc.,

    Defendant.

## COMPLAINT FOR DAMAGES

Plaintiff, Alberto Venereo, avers:

## JURISDICTION

1. The Court has subject matter jurisdiction because there is diversity. The Court also has supplemental jurisdiction over the state law claim herein under 28 U.S.C. 1367.

2. The actions complained of herein took place in Miami-Dade County, Florida, and Plaintiff is a resident and domiciliary of this county.

## VENUE

3. This is a proper venue because matter the actions complained of herein took place in this District.

## PARTIES

4. Plaintiff **Alberto Venereo** resides at 4461 N.W. 184th Terrace, Miami Gardens, FL 33055.

5. Defendant **Kindred Healthcare, Inc.** is a Delaware corporation with its principal place of business at 680 South Fourth Street, Louisville, KY 40202. Kindred Healthcare, Inc. is a healthcare services company that operates hospital, nursing homes

1

and hospice facilities across the United States, including Kindred Hospital -- South Florida, located at 5190 S.W. 8th Street, Coral Gables, FL 33134.

## FACTS

6. On or about February 24, 2018, Plaintiff fell off of a ladder, suffered severe personal injuries, and was hospitalized at Kindred Hospital -- South Florida, located at 5190 S.W. 8th Street, Coral Gables, FL 33134.

7. Plaintiff was unconscious and/or incapacitated for part of his hospitalization. He was placed on a ventilator in an ICU.

8. In March or April of 2018, without Plaintiff's consent, Defendant, through one or more agents, published details of Plaintiff's medical condition and treatment on its website, kindredhealthcare.com.

9. As a result, Plaintiff has suffered embarrassment, humiliation, and emotional distress.

## COUNTS

### Invasion of Privacy – Common Law

10. As Plaintiff's health care provider, Defendant had a duty to keep Plaintiff's health information strictly confidential. Thus, Plaintiff had a reasonable expectation of privacy.

11. Notwithstanding this duty, Defendant intentionally published private health information about Plaintiff on its website, for everyone to read.

12. In so doing, Defendant breached its duty of privacy to Plaintiff.

13. As a proximate result, Plaintiff has suffered damages, including humiliation, embarrassment, and emotional distress.

## JURY DEMAND

15. Plaintiff requests a trial by jury for all issues so triable.

15. WHEREFORE, Plaintiff, Alberto Venereo, prays that judgment be rendered in his favor and against Defendant, Kindred Healthcare, Inc., for all damages in the premises, including, but not limited to, those damages enumerated above.

Respectfully submitted:

s/ Steven F. Grover
---------------------------------
Steven F. Grover
(FL Bar # 131296)
Steven F. Grover, PA
507 S.E. 11th Ct.
Fort Lauderdale, FL 33316
Tel. 954-290-8826
E-mail: stevenfgrover@gmail.com